IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| JERRY R. McELYCA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:20-cv-451 |
| | ) |
| MAPLEHURST BAKERIES, LLC | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, named-above, complains of act and omissions to act by the Defendant. In support of his Complaint and as cause of action against Defendant, Plaintiff respectfully submits the following:

JURISDICTION

1. This suit is authorized and instituted pursuant to Title VII, 42 U.S.C. § 2000 et al., Age Discrimination in Employment Act (ADEA) 29 U. S. C. §§ 621 et. al., all as amended by the Civil Rights Act of 1991; 28 U.S.C. §§ 1331 and 1343.

2. Plaintiff filed a charge with the Equal Employment Opportunity Commission (EEOC). The EEOC issued a right to sue letter on or about January 14, 2020, and Plaintiff received the letter on January 19, 2020.

PARTIES

3. Plaintiff, Jerry R. McElyca, is a sixty-one (61) year old male citizen of the United States and at all relevant times he resided in the Southern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

## FACTS

5. Plaintiff, who is 61 years old, began working for Defendant on November 22, 1976 as a Mixer/Inspector.

6. Plaintiff worked that position over thirty (30) years and he performed his job well.

7. Nevertheless, on April 1, 2019, Plaintiff was terminated.

8. The reason Defendant gave for Plaintiff's termination was that he was asleep on the job.

9. Plaintiff was not asleep on the job.

10. However, females who are over 30 years younger than Plaintiff were caught sleeping on the job on two separate occasions, but they were not terminated.

11. The real reason for Plaintiff's termination is gender and age.

12. Defendant has violated the Age Discrimination Employment Act (ADEA) and Title VII.

## COUNT I

13. Plaintiff incorporates by reference paragraphs 1-12.

14. Defendant as a result of discriminating against Plaintiff due to his gender violated Title VII 42 U.S.C. § 2000e et al.

## COUNT II

15. Plaintiff incorporates by reference paragraphs 1-12.

16. Defendant as a result of discriminating against Plaintiff due to his age violated the Age Discrimination in Employment Act (ADEA) 29 U.S.C.§621 et al.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Reinstate Plaintiff to position from which he was terminated or front pay in lieu of termination.

B. Award Plaintiff back pay and benefits lost;

    C.    Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

    D.    Award Plaintiff liquidated damages;

    E.    Award Plaintiff punitive damages;

    F.    Award Plaintiff his costs in this action and reasonable attorney fees;

    G.    Grant Plaintiff a permanent injunction enjoining Defendant from engaging in any employment practice or policy which discriminates against Plaintiff on the basis of age.

    H.    Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully submitted,

s/Gregory A. Stowers
GREGORY A. STOWERS, 13784-49
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by jury.

                                    Respectfully submitted,

                                    **STOWERS & WEDDLE P.C.**

                                    s/Gregory A. Stowers
                                    GREGORY A. STOWERS, 13784-49
                                    Attorney for Plaintiff

Gregory A. Stowers, 13784-49
STOWERS & WEDDLE P.C.
626 N. Illinois Street
Suite 201
Indianapolis, IN  46204
(317)636-6320